

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>vs.<br>LUIS ALARCON-TAPIA,<br>        Defendant. | ) Case No.: 12CR4852-L<br>)<br>) **Order**<br>)<br>)<br>)<br>)<br>) Honorable M. James Lorenz |

The Court has reviewed the United States' Ex Parte Application for Order Directing Disclosure or Non-Disclosure of Potential Impeachment Information.

Based on that application, and for good cause shown, IT IS ORDERED that the potential impeachment information described therein need not be disclosed to defendant Luis Alarcon-Tapia pursuant to Brady v. Maryland, 373 U.S. 83, 87 (1963), and Giglio v. United States, 405 U.S. 150 (1972).

IT IS FURTHER ORDERED that the United States' Ex Parte Application, and attachments, shall be sealed until further court order.

IT IS FURTHER ORDERED that this order shall not be sealed, and a copy shall be provided to defense counsel.

SO ORDERED.

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE
Dated March 27, 2013

12CR4852-L